1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CROP DATA MANAGEMENT
     SYSTEMS, INC., a California
11   Corporation,

12              Plaintiff,                    No. 2:11-cv-01437 LKK KJN

13         v.

14   SOFTWARE SOLUTIONS
     INTEGRATED, LLC, et al.,
15
                Defendants.                  ORDER
16   _____/

17         Presently before the court is the parties' "Stipulated Protective Order," which

18   seeks an order limiting the use and dissemination of information that the parties seek to designate

19   as "CONFIDENTIAL" or "CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY."[1]

20   (Stipulated Protective Order, Dkt. No. 16.)  The undersigned does not approve the proposed

21   Stipulated Protective Order as drafted because it does not comply with a requirement of this

22   court's Local Rule 141.1(c).

23         Local Rule 141.1(c) provides:

24         **(c)      Requirements of a Proposed Protective Order.**  All

25   _____

26         [1]  This matter proceeds before the undersigned pursuant to Eastern District of California
     Local Rule 302(c)(1) and 28 U.S.C. § 636(b)(1).

                                          1

1  stipulations and motions seeking the entry of a protective order shall be
accompanied by a proposed form of order.  Every proposed protective
2  order shall contain the following provisions:

3          (1)  A description of the types of information eligible for
protection under the order, with the description provided in general terms
4  sufficient to reveal the nature of the information (e.g., customer list,
formula for soda, diary of a troubled child);
5
          (2)  A showing of particularized need for protection as to
6  each category of information proposed to be covered by the order; and

7          (3)  A showing as to why the need for protection should
be addressed by a court order, as opposed to a private agreement between
8  or among the parties.

9  E. Dist. Local Rule 141.1(c).  Although the Stipulated Protective Order complies with

10  subsections (c)(1) and (c)(2) of Local Rule 141.1, it does not contain any provision addressing

11  "why the need for protection should be addressed by a court order, as opposed to a private

12  agreement between or among the parties."  E. Dist. Local Rule 141.1(c)(3).  Thus, the parties

13  have not made the showing required by Local Rule 141.1, and the undersigned does not approve

14  the Stipulated Protective Order as proposed.  However, the parties may either enter into a private

15  agreement or file a proposed stipulated protective order that meets all of the requirements of the

16  Federal Rules of Civil Procedure and this court's Local Rules.

17          Accordingly, IT IS HEREBY ORDERED that the parties' Stipulated Protective

18  Order (Dkt. No. 16) is not approved, but without prejudice to the refiling of a sufficient proposed

19  stipulated protective order if the parties are unable to reach a private agreement.

20          IT IS SO ORDERED.

21  DATED:  October 31, 2011

22

23

24  KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

25

26