IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CROP DATA MANAGEMENT
SYSTEMS, INC., a California
Corporation,

   Plaintiff,     No. 2:11-cv-01437 LKK KJN

  v.

SOFTWARE SOLUTIONS
INTEGRATED, LLC, et al.,

   Defendants.   ORDER
_____/

   Presently before the court is the parties' "Stipulated Protective Order," which seeks an order limiting the use and dissemination of information that the parties seek to designate as "CONFIDENTIAL" or "CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY."[1] (Stipulated Protective Order, Dkt. No. 16.)  The undersigned does not approve the proposed Stipulated Protective Order as drafted because it does not comply with a requirement of this court's Local Rule 141.1(c).

   Local Rule 141.1(c) provides:

   **(c)**  **Requirements of a Proposed Protective Order.**  All

---

[1] This matter proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(1) and 28 U.S.C. § 636(b)(1).

1

stipulations and motions seeking the entry of a protective order shall be accompanied by a proposed form of order.  Every proposed protective order shall contain the following provisions:

    (1)   A description of the types of information eligible for protection under the order, with the description provided in general terms sufficient to reveal the nature of the information (e.g., customer list, formula for soda, diary of a troubled child);

    (2)   A showing of particularized need for protection as to each category of information proposed to be covered by the order; and

    (3)   A showing as to why the need for protection should be addressed by a court order, as opposed to a private agreement between or among the parties.

E. Dist. Local Rule 141.1(c).  Although the Stipulated Protective Order complies with subsections (c)(1) and (c)(2) of Local Rule 141.1, it does not contain any provision addressing "why the need for protection should be addressed by a court order, as opposed to a private agreement between or among the parties." E. Dist. Local Rule 141.1(c)(3).  Thus, the parties have not made the showing required by Local Rule 141.1, and the undersigned does not approve the Stipulated Protective Order as proposed.  However, the parties may either enter into a private agreement or file a proposed stipulated protective order that meets all of the requirements of the Federal Rules of Civil Procedure and this court's Local Rules.

    Accordingly, IT IS HEREBY ORDERED that the parties' Stipulated Protective Order (Dkt. No. 16) is not approved, but without prejudice to the refiling of a sufficient proposed stipulated protective order if the parties are unable to reach a private agreement.

    IT IS SO ORDERED.

DATED: October 31, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE