DEVAN J. MCCARTY (SBN 205237)
DLP PIPER LLP (US)
400 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone:  916.930.3200
Facsimile:  916.930.3201
Email:  devan.mccarty@dlapiper.com

J.A. FELTON (Missouri Bar No. 39549)
(Kansas Bar No. 23765) (*Admitted Pro Hac Vice*)
R. CAMERON GARRISON
(Missouri Bar No. 54064)
(Kansas Bar No. 21128) (*Admitted Pro Hac Vice*)
Lathrop & Gage LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri  64108-2618
Telephone:  816.292.2000
Facsimile:   816.292.2001
Email:  jfelton@lathropgage.com;
cgarrison@lathropgage.com

Attorneys for Defendants SOFTWARE
SOLUTIONS
INTEGRATED, LLC, AND SOFTWARE
SOLUTIONS OF ILLINOIS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CROP DATA MANAGEMENT SYSTEMS, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SOFTWARE SOLUTIONS INTEGRATED, LLC; SOFTWARE SOLUTIONS OF ILLINOIS, INC.;, <br><br> Defendant. | CASE NO. 2:11-CV-01437-LKK-KJN <br><br> **JOINT STIPULATION AND ORDER TO CHANGE HEARING DATE FOR PLAINTIFF CDMS' MOTION TO MODIFY SCHEDULING ORDER AND FOR LEAVE TO AMEND** |

This stipulation is entered into by and between plaintiff Crop Data Management Systems, Inc. ("CDMS") and defendants Software Solutions Integrated, LLC and Software Solutions of Illinois, Inc. (collectively, "SSI"), through their respective counsel of record, with reference to the following facts:

WHEREAS, on January 17, 2012, CDMS filed its Motion to Modify Scheduling Order and for Leave to Amend (the "Motion"), which appears at Docket No. 20; and,

WHEREAS, CDMS's set the Motion for hearing on February 27, 2012; and,

WHEREAS, counsel for SSI is scheduled to be in New York, New York on that date for depositions in a separate matter; and,

WHEREAS, counsel for SSI requested that the hearing in this matter be moved to March 12, 2012 and counsel for CDMS agreed to such change.

WHEREFORE, THE PARTIES HEREBY STIPULATE that, subject to the Court's approval, the hearing on Plaintiff's Motion to Modify Scheduling Order and for Leave to Amend (Docket No. 20) shall be held on March 12, 2012 at 10:00 a.m.

WEST\229454081.1

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

Dated:  2/2/12_____          SEGAL & KIRBY LLP

                                 By:     /s/James R. Kirby_____

                                      James R. Kirby
                                      John T. Kinn
                                      SEGAL & KIRBY LLP
                                      770 L Street, Suite 1440
                                      Sacramento, CA 95814
                                      Telephone:  916.441.0828
                                      Facsimile:  916.446.6003
                                      Email:  jkinn@segalandkirby.com
                                      Attorneys for Plaintiff


Dated:  2/3/12_____          DLP PIPER LLP (US)

                                 By:     /s/Devan J. McCarty_____

                                      DEVAN J. MCCARTY
                                      DLP PIPER LLP (US)
                                      400 Capitol Mall, Suite 2400
                                      Sacramento, California 95814
                                      Telephone:  916.930.3200
                                      Facsimile:  916.930.3201

                                      Attorney for Defendants
                                      SOFTWARE SOLUTIONS INTEGRATED,
                                      LLC, AND SOFTWARE SOLUTIONS OF
                                      ILLINOIS, INC.

WEST\229454081.1

Dated: _2/3/12_____              LATHROP & GAGE LLP

                                By:    _/s/R. Cameron Garrison_____

                                J. A. FELTON
                                R. CAMERON GARRISON
                                2345 Grand Boulevard, Suite 2200
                                Kansas City, Missouri  64108-2618
                                Telephone:  816.292.2000
                                Facsimile:  816.292.2001
                                Email:  jfelton@lathropgage.com;
                                cgarrison@lathropgage.com


        PURSUANT TO STIPULATION, IT IS SO ORDERED.



Dated:  February 8, 2012




LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT