DEVAN J. MCCARTY (SBN 205237)
DLP PIPER LLP (US)
400 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone:  916.930.3200
Facsimile:  916.930.3201
Email:  devan.mccarty@dlapiper.com

J.A. FELTON (Missouri Bar No. 39549)
(Kansas Bar No. 23765) (*Admitted Pro Hac Vice*)
R. CAMERON GARRISON
(Missouri Bar No. 54064)
(Kansas Bar No. 21128) (*Admitted Pro Hac Vice*)
Lathrop & Gage LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri  64108-2618
Telephone:  816.292.2000
Facsimile:    816.292.2001
Email:  jfelton@lathropgage.com;
cgarrison@lathropgage.com

Attorneys for Defendants SOFTWARE SOLUTIONS
INTEGRATED, LLC, AND SOFTWARE SOLUTIONS OF ILLINOIS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CROP DATA MANAGEMENT SYSTEMS, INC., a California corporation,<br><br>       Plaintiff,<br><br>       v.<br><br>SOFTWARE SOLUTIONS INTEGRATED, LLC; SOFTWARE SOLUTIONS OF ILLINOIS, INC.;,<br><br>       Defendant. | CASE NO. 2:11-CV-01437-LKK-KJN<br><br>**JOINT STIPULATION AND ORDER TO CHANGE HEARING DATE FOR PLAINTIFF CDMS' MOTION TO MODIFY SCHEDULING ORDER AND FOR LEAVE TO AMEND** |

This stipulation is entered into by and between plaintiff Crop Data Management Systems, Inc. ("CDMS") and defendants Software Solutions Integrated, LLC and Software Solutions of Illinois, Inc. (collectively, "SSI), through their respective counsel of record, with reference to the following facts:

WHEREAS, on January 17, 2012, CDMS filed its Motion to Modify Scheduling Order and for Leave to Amend (the "Motion"), which appears at Docket No. 20; and,

WHEREAS, CDMS's set the Motion for hearing on February 27, 2012; and,

WHEREAS, counsel for SSI is scheduled to be in New York, New York on that date for depositions in a separate matter; and,

WHEREAS, counsel for SSI requested that the hearing in this matter be moved to March 12, 2012 and counsel for CDMS agreed to such change.

WHEREFORE, THE PARTIES HEREBY STIPULATE that, subject to the Court's approval, the hearing on Plaintiff's Motion to Modify Scheduling Order and for Leave to Amend (Docket No. 20) shall be held on March 12, 2012 at 10:00 a.m.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

Dated:_2/2/12_____         SEGAL & KIRBY LLP

                                By:    /s/James R. Kirby_____

                                James R. Kirby
                                John T. Kinn
                                SEGAL & KIRBY LLP
                                770 L Street, Suite 1440
                                Sacramento, CA 95814
                                Telephone:  916.441.0828
                                Facsimile:  916.446.6003
                                Email:  jkinn@segalandkirby.com
                                Attorneys for Plaintiff

Dated:_2/3/12_____         DLP PIPER LLP (US)

                                By:    /s/Devan J. McCarty_____

                                DEVAN J. MCCARTY
                                DLP PIPER LLP (US)
                                400 Capitol Mall, Suite 2400
                                Sacramento, California 95814
                                Telephone:  916.930.3200
                                Facsimile:  916.930.3201

                                Attorney for Defendants
                                SOFTWARE SOLUTIONS INTEGRATED,
                                LLC, AND SOFTWARE SOLUTIONS OF
                                ILLINOIS, INC.

Dated: 2/3/12_____        LATHROP & GAGE LLP

By:    /s/R. Cameron Garrison_____

J. A. FELTON
R. CAMERON GARRISON
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri  64108-2618
Telephone:  816.292.2000
Facsimile:  816.292.2001
Email:  jfelton@lathropgage.com;
cgarrison@lathropgage.com


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  February 8, 2012


*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT