DEVAN J. MCCARTY (SBN 205237)
DLP PIPER LLP (US)
400 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: 916.930.3200
Facsimile: 916.930.3201
Email: devan.mccarty@dlapiper.com

J.A. FELTON (Missouri Bar No. 39549)
(Kansas Bar No. 23765) (*Admitted Pro Hac Vice*)
R. CAMERON GARRISON
(Missouri Bar No. 54064)
(Kansas Bar No. 21128) (*Admitted Pro Hac Vice*)
Lathrop & Gage LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri  64108-2618
Telephone: 816.292.2000
Facsimile:   816.292.2001
Email: jfelton@lathropgage.com;
cgarrison@lathropgage.com

Attorneys for Defendants SOFTWARE SOLUTIONS INTEGRATED, LLC, AND SOFTWARE SOLUTIONS OF ILLINOIS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CROP DATA MANAGEMENT SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOFTWARE SOLUTIONS INTEGRATED, LLC; SOFTWARE SOLUTIONS OF ILLINOIS, INC.;,<br><br>Defendant. | CASE NO. 2:11-CV-01437-LKK-KJN<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING DATE FOR PLAINTIFF CDMS' MOTION TO COMPEL** |

This stipulation is entered into by and between plaintiff Crop Data Management Systems, Inc. ("CDMS") and defendants Software Solutions Integrated, LLC and Software Solutions of Illinois, Inc. (collectively, "SSI), through their respective counsel of record, with reference to the following facts:

WHEREAS, on January 27, 2012, CDMS filed its Amended Motion to Compel (the "Motion"), which appears at Docket No. 23; and,

WHEREAS, CDMS's set the Motion for hearing on February 23, 2012; and,

WHEREAS, counsel for SSI is scheduled to be out of the country on that date; and,

WHEREAS, counsel for SSI requested that the hearing in this matter be moved to March 15, 2012 and counsel for CDMS agreed to such change.

WHEREFORE, THE PARTIES HEREBY STIPULATE that, subject to the Court's approval, the hearing on Plaintiff's Amended Motion to Compel (Docket No. 23) shall be held on March 15, 2012.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

Dated:_____              SEGAL & KIRBY LLP

                                    By: _____

                                    James R. Kirby
                                    John T. Kinn
                                    SEGAL & KIRBY LLP
                                    770 L Street, Suite 1440
                                    Sacramento, CA 95814
                                    Telephone: 916.441.0828
                                    Facsimile: 916.446.6003
                                    Email: jkinn@segalandkirby.com
                                    Attorneys for Plaintiff

Dated:_____              DLP PIPER LLP (US)

                                    By: _____

                                    DEVAN J. MCCARTY
                                    DLP PIPER LLP (US)
                                    400 Capitol Mall, Suite 2400
                                    Sacramento, California 95814
                                    Telephone: 916.930.3200
                                    Facsimile: 916.930.3201

                                    Attorney for Defendants
                                    SOFTWARE SOLUTIONS INTEGRATED,
                                    LLC, AND SOFTWARE SOLUTIONS OF
                                    ILLINOIS, INC.

JOINT STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING DATE FOR PLAINTIFF CDMS'
MOTION TO COMPEL

**DLA Piper US LLP**
**Sacramento**

| | |
|---|---|
| Dated:_____ | LATHROP & GAGE LLP |
| | By: _____ |
| | J. A. FELTON |
| | R. CAMERON GARRISON |
| | 2345 Grand Boulevard, Suite 2200 |
| | Kansas City, Missouri  64108-2618 |
| | Telephone:  816.292.2000 |
| | Facsimile:  816.292.2001 |
| | Email:  jfelton@lathropgage.com; |
| | cgarrison@lathropgage.com |

### ORDER

The parties' stipulation and proposed order (Dkt. No. 26) is HEREBY APPROVED.[1]  The hearing on plaintiff's amended motion to compel (Dkt. No. 23) is continued to March 15, 2012, at 10:00 a.m., in Courtroom 25.

IT IS SO ORDERED.

**Date: 2/8/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] A signed and dated version of the parties' stipulation and proposed order appears on the court's docket at entry 26.

- 4 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DLA PIPER US LLP
SACRAMENTO