1  DEVAN J. MCCARTY (SBN 205237)
2  DLP PIPER LLP (US)
   400 Capitol Mall, Suite 2400
3  Sacramento, California 95814
4  Telephone:  916.930.3200
   Facsimile:  916.930.3201
5  Email:  devan.mccarty@dlapiper.com

6
   J.A. FELTON (Missouri Bar No. 39549)
7  (Kansas Bar No. 23765) (*Admitted Pro Hac Vice*)
8  R. CAMERON GARRISON
   (Missouri Bar No. 54064)
9  (Kansas Bar No. 21128) (*Admitted Pro Hac Vice*)
10 Lathrop & Gage LLP
   2345 Grand Boulevard, Suite 2200
11 Kansas City, Missouri  64108-2618
12 Telephone:   816.292.2000
   Facsimile:    816.292.2001
13 Email:  jfelton@lathropgage.com;
14 cgarrison@lathropgage.com

15 Attorneys for Defendants SOFTWARE
   SOLUTIONS
16 INTEGRATED, LLC, AND SOFTWARE
17 SOLUTIONS OF ILLINOIS, INC.

18

                    UNITED STATES DISTRICT COURT

19      EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| 20  CROP DATA MANAGEMENT | CASE NO. 2:11-CV-01437-LKK-KJN |
| 21  SYSTEMS, INC., a California corporation, | |
| 22 | |
|        Plaintiff, | **JOINT STIPULATION AND** |
| 23 | **[PROPOSED] ORDER TO CHANGE** |
| 24        v. | **HEARING DATE FOR PLAINTIFF** |
| | **CDMS' MOTION TO COMPEL** |
| 25  SOFTWARE SOLUTIONS | |
| 26  INTEGRATED, LLC; SOFTWARE SOLUTIONS OF ILLINOIS, INC.;, | |
| 27 | |
|        Defendant. | |
| 28 | |

**DLA PIPER US LLP**
**SACRAMENTO**    JOINT STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING DATE FOR PLAINTIFF CDMS'
                              MOTION TO COMPEL

1

2     This stipulation is entered into by and between plaintiff Crop Data

3  Management Systems, Inc. ("CDMS") and defendants Software Solutions

4
   Integrated, LLC and Software Solutions of Illinois, Inc. (collectively, "SSI),
5

6  through their respective counsel of record, with reference to the following facts:

7     WHEREAS, on January 27, 2012, CDMS filed its Amended Motion to

8
   Compel (the "Motion"), which appears at Docket No. 23; and,
9

10    WHEREAS, CDMS's set the Motion for hearing on February 23, 2012; and,

11    WHEREAS, counsel for SSI is scheduled to be out of the country on that

12
   date; and,
13

14    WHEREAS, counsel for SSI requested that the hearing in this matter be

15  moved to March 15, 2012 and counsel for CDMS agreed to such change.

16
17    WHEREFORE, THE PARTIES HEREBY STIPULATE that, subject to the

18  Court's approval, the hearing on Plaintiff's Amended Motion to Compel (Docket

19  No. 23) shall be held on March 15, 2012.

20

21

22

23

24

25

26

27

28
                                  - 2 -

DLA PIPER US LLP    JOINT STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING DATE FOR PLAINTIFF CDMS'
SACRAMENTO                               MOTION TO COMPEL

1    **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

2    Dated:_____          SEGAL & KIRBY LLP

3
                                     By:    _____
4

5                                           James R. Kirby
                                            John T. Kinn
6                                           SEGAL & KIRBY LLP
                                            770 L Street, Suite 1440
7                                           Sacramento, CA 95814
                                            Telephone:  916.441.0828
8                                           Facsimile:  916.446.6003
                                            Email:  jkinn@segalandkirby.com
9
                                            Attorneys for Plaintiff
10

11
     Dated:_____          DLP PIPER LLP (US)
12

13                                   By:    _____

14
                                            DEVAN J. MCCARTY
15                                          DLP PIPER LLP (US)
                                            400 Capitol Mall, Suite 2400
16                                          Sacramento, California 95814
                                            Telephone:  916.930.3200
17                                          Facsimile:  916.930.3201
18
                                            Attorney for Defendants
19                                          SOFTWARE SOLUTIONS INTEGRATED,
20                                          LLC, AND SOFTWARE SOLUTIONS OF
                                            ILLINOIS, INC.
21

22

23

24

25

26

27

28
                                             - 3 -

JOINT STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING DATE FOR PLAINTIFF CDMS'
MOTION TO COMPEL

1    Dated:_____          LATHROP & GAGE LLP

2                                    By:   _____

3

4                                    J. A. FELTON
                                     R. CAMERON GARRISON
5                                    2345 Grand Boulevard, Suite 2200
                                     Kansas City, Missouri  64108-2618
6                                    Telephone:  816.292.2000
                                     Facsimile:  816.292.2001
7                                    Email:  jfelton@lathropgage.com;
                                     cgarrison@lathropgage.com
8

9

10

11                                   ORDER

12          The parties' stipulation and proposed order (Dkt. No. 26) is HEREBY

13   APPROVED.[1]  The hearing on plaintiff's amended motion to compel (Dkt. No. 23) is continued

14   to March 15, 2012, at 10:00 a.m., in Courtroom 25.

15          IT IS SO ORDERED.

16

17   **Date:  2/8/2012**

18                                   _____
                                     KENDALL J. NEWMAN
19                                   UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28   _____
          [1]  A signed and dated version of the parties' stipulation and proposed order appears on the
     court's docket at entry 26.
                                          - 4 -

     JOINT STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING DATE FOR PLAINTIFF CDMS'
                                   MOTION TO COMPEL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER US LLP
SACRAMENTO