```
 1  JAMES R. KIRBY II, SBN 088911
    JOHN T. KINN, SBN 130270
 2  SEGAL & KIRBY LLP
    400 Capitol Mall, Suite 1600
 3  Sacramento, CA  95814
    jkirby@segalandkirby.com
 4  jkinn@segalandkirby.com
    Telephone: (916) 441-0828
 5
    Attorneys for Plaintiff
 6  CROP DATA MANAGEMENT
    SYSTEMS, INC.
 7
    DEVAN J. MCCARTY, SBN 205237
 8  DLA PIPER LLP (US)
    400 Capitol Mall, Suite 2400
 9  Sacramento, CA  95814
    devan.mccarty@dlapiper.com
10  Telephone: (916) 930-3200

11  J.A. FELTON, Missouri Bar 39549
    Admitted Pro Hac Vice
12  R. CAMERON GARRISON, Missouri Bar 54064
    Admitted Pro Hac Vice
13  LATHROP & GAGE LLP
    2345 Grand Blvd., Suite 2800
14  Kansas City, MO  64108
    jfelton@lathropgage.com
15  cgarrison@lathropgage.com
    Telephone: (816) 292-2000
16
    Attorneys for Defendants SOFTWARE
17  SOLUTIONS INTEGRATED, LLC and
    SOFTWARE SOLUTIONS OF ILLINOIS, INC.
18
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CROP DATA MANAGEMENT SYSTEMS, INC., | CASE NO.  2:11-cv-01437-LKK-KJN |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING PLAINTIFF'S MOTION TO COMPEL COMPUTER INSPECTION** |
| vs. | |
| SOFTWARE SOLUTIONS INTEGRATED, LLC; SOFTWARE SOLUTIONS OF ILLINOIS, INC., | Date:           June 28, 2012<br>Time:           10:00 a.m.<br>Courtroom: 25 |
| Defendants. | Magistrate Judge Kendall J. Newman |
| _____/ | |

1

Stipulation and [Proposed] Order Continuing Plaintiff's Motion To Compel Computer Inspection

**STIPULATION**

Plaintiff CROP DATA MANAGEMENT SYSTEMS, INC. ("CDMS") through its counsel of record, John Kinn and Segal & Kirby LLP, and Defendants SOFTWARE SOLUTIONS INTEGRATED, LLC and SOFTWARE SOLUTIONS OF ILLINOIS, INC (together "SSI") through SSI's counsel Devan McCarty of DLA Piper LLP (US) and Cameron Garrison of Lathrop & Gage LLP, agree and stipulate as follows:

1. On May 16, 2012, CDMS filed its notice of motion to compel computer inspection to be heard on June 14, 2012.

2. All parties have agreed to continue the motion, with the Court's permission and subject to resetting on a date on Magistrate Newman's calendar, in order to continue meet-and-confer communications regarding this motion.

3. The parties have agreed, subject to this Court's approval, to continue the hearing on this motion to June 28, 2012, at 10:00 a.m. in Department 25.

IT IS SO STIPULATED.

June 6, 2012         SEGAL & KIRBY LLP


                     By:  /s/ John Kinn
                          JOHN T. KINN
                          Attorneys for Plaintiff


June 6, 2012         DLA PIPER LLP (US)


                     By:  /s/ Devan McCarty
                          DEVAN J. MCCARTY
                          Attorneys for Defendants

June 6, 2012         LATHROP & GAGE


                     By:  /s/ Cameron Garrison
                          R. CAMERON GARRISON
                          Attorneys for Defendants

**ORDER**

Pursuant to the stipulation of all parties (Dkt. No. 45), IT IS HEREBY ORDERED that the hearing on plaintiff's motion to compel (Dkt. No. 44) is continued until June 28, 2012, at 10:00 a.m., in Courtroom 25, and the dates for the parties' filings are also continued based on this new hearing date.

IT IS SO ORDERED.

DATED:  June 7, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE