IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CROP DATA MANAGEMENT
SYSTEMS, INC., a California
Corporation,

        Plaintiff,                  No. 2:11-cv-01437 LKK KJN

        v.

SOFTWARE SOLUTIONS
INTEGRATED, LLC, et al.,

        Defendants.            <u>ORDER</u>
_____/

        Defendants' motion to compel discovery responses, disclosures, and other materials (Dkt. No. 50) is set to be heard by the court on August 2, 2012.[1]  However, on July 30, 2012, the parties filed a stipulation requesting that the hearing on defendants' motion to compel be stayed pending the filing of a stipulated dismissal of plaintiff's claims (Dkt. No. 53).  The stipulation represents that "[a] finalized agreement has been reviewed and executed by all parties," and that the parties anticipate filing a stipulated dismissal within the next week.

        On the basis of the parties' stipulation, and absent any good cause to stay the hearing date, the court denies defendants' motion to compel as moot because this case has

---

[1] This matter proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(1) and 28 U.S.C. § 636(b)(1).

1

settled.  However, such denial is without prejudice to defendants re-noticing their motion to compel on shortened time as set forth below.

        Accordingly, IT IS HEREBY ORDERED that:

    1.    In light of the parties' notice of settlement, they shall file dispositional documents within 14 days of the date of this order.  See Local Rule 160(b).

    2.    Defendants' motion to compel (Dkt. No. 50) is denied as moot, but without prejudice, and the August 2, 2012 hearing on the motion to compel is VACATED.

    3.    If necessary, defendants may re-notice their motion to compel for a hearing before the undersigned on seven days notice and for a hearing date that falls within the August 24, 2012 discovery completion deadline.  (See Scheduling Order at 5, Dkt. No. 15.)  If defendants intend to re-notice their motion for a hearing date outside of the current discovery completion deadline, they must first seek modification of the court's scheduling by the district judge.  (See id. at 10.)

        IT IS SO ORDERED.

DATED: July 30, 2012

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE