1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CROP DATA MANAGEMENT
     SYSTEMS, INC., a California
11   Corporation,

12              Plaintiff,              No. 2:11-cv-01437 LKK KJN

13         v.

14   SOFTWARE SOLUTIONS
     INTEGRATED, LLC, et al.,
15
                Defendants.            ORDER
16   _____/

17         Defendants' motion to compel discovery responses, disclosures, and other

18   materials (Dkt. No. 50) is set to be heard by the court on August 2, 2012.[1]  However, on July 30,

19   2012, the parties filed a stipulation requesting that the hearing on defendants' motion to compel

20   be stayed pending the filing of a stipulated dismissal of plaintiff's claims (Dkt. No. 53).  The

21   stipulation represents that "[a] finalized agreement has been reviewed and executed by all

22   parties," and that the parties anticipate filing a stipulated dismissal within the next week.

23         On the basis of the parties' stipulation, and absent any good cause to stay the

24   hearing date, the court denies defendants' motion to compel as moot because this case has

25

26   _____
           [1]  This matter proceeds before the undersigned pursuant to Eastern District of California
     Local Rule 302(c)(1) and 28 U.S.C. § 636(b)(1).

                                              1

settled.  However, such denial is without prejudice to defendants re-noticing their motion to

compel on shortened time as set forth below.

Accordingly, IT IS HEREBY ORDERED that:

1.      In light of the parties' notice of settlement, they shall file dispositional

documents within 14 days of the date of this order.  <u>See</u> Local Rule 160(b).

2.      Defendants' motion to compel (Dkt. No. 50) is denied as moot, but

without prejudice, and the August 2, 2012 hearing on the motion to compel is VACATED.

3.      If necessary, defendants may re-notice their motion to compel for a hearing

before the undersigned on seven days notice and for a hearing date that falls within the

August 24, 2012 discovery completion deadline.  (<u>See</u> Scheduling Order at 5, Dkt. No. 15.)  If

defendants intend to re-notice their motion for a hearing date outside of the current discovery

completion deadline, they must first seek modification of the court's scheduling by the district

judge.  (<u>See</u> <u>id.</u> at 10.)

IT IS SO ORDERED.

DATED:  July 30, 2012


KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE